# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE b>
#### OFFICE OF THE CLERK

| | |
|---|---|
| WILLIAM M. MCCOOL<br>CLERK | 700 STEWART ST.<br>SUITE 2310<br>SEATTLE, WA 98101 |

December 3, 2010

| | |
|---|---|
| District Court Case No.: | 2:10–cv–01947–RSL |
| Related Case No(s).: | USBC.WAWB |
| Adversary No: | 09–13018 |
| Case Title: | Check Into Cash of Washington Inc. v. Snowden |

Counsel:

The District Court has received an appeal on a bankruptcy matter filed by . It was filed in this court on **December 2, 2010** and assigned to the Honorable Robert S. Lasnik.

When the Record is complete, Bankruptcy will file the Certificate of Record with District Court. Accordingly, a briefing schedule will be entered and the appeal placed on the court's calendar pursuant to Local Rule GR7(2.03)(b).

Please be advised that all documents must indicate both the District Court and the Bankruptcy Appeal number.

Sincerely,

WILLIAM M. MCCOOL,
CLERK

s/Paula McNabb
Deputy Clerk


cc:   Bankruptcy Court