# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA
### OFFICE OF THE CLERK

WILLIAM M. MCCOOL  
CLERK

1717 PACIFIC AVE.  
ROOM 3100  
TACOMA, WA 98402

December 3, 2010

District Court Case No:   2:10–cv–01947–RSL  
Related Case No(s):      USBC.WAWB  
Adversary No:            09–13018  
Case Title:              CHECK INTO CASH OF WASHINGTON INC. V. SNOWDEN

To:   Clerk, Bankruptcy Court

The District Court has received a notice of appeal. The District Court case number is indicated above for your information.

Please forward a copy of the statement of issues, designation of record, and the Certificate of record to us when the record required by FRBP 8007 is completed.

If completion of the record has been delayed, please advise us as to the cause of the delay by completing the following checklist and sending a copy of this letter back to us:

A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING ITEMS HAVE NOT BEEN FILED:
    1.____   No Filing Fees Paid  
    2.____   No Designation of Record  
    3.____   No Statement of Issue  
    4.____   No Notice Regarding the Transcript  
    5.____   No Reporter's Transcript(s)  
    Reporter Name:_____  
    Phone:_____  
    Judge:_____  
    Transcript date(s)_____  
    6.____   No Transcript Fees paid  
    7.____   Extension of Time Granted to Reporter  
    New Deadline:_____  
    8.____   Other:_____

b) DEPUTY CLERK PROCESSING THIS APPEAL  
    1. Name:_____  
    2. Phone:_____  
    3. Date:_____

Sincerely,

William M. McCool, Clerk

By: s/ Paula McNabb  
    Deputy Clerk